**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 98-11381**
**Summary Calendar**

**VOGELL DENISE NEWSOME,**

**Plaintiff-Appellant,**

**VERSUS**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION; FLOYD WEST &**
**COMPANY; CRUM & FORSTER CORP.; TALEGEN HOLDINGS, INC., on its**
**own behalf and as successor to defendant Crum & Forster Corp.,**

**Defendants-Appellees.**

Appeal from the United States District Court
for the Northern District of Texas

(3:97-CV-3172-G)

June 3, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in its Memorandum Order entered under date of November 5, 1998, we affirm the judgment that plaintiff take nothing from the defendants in this case.

**AFFIRMED.**

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.